| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSEPH FRANK AVILA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00098-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE MOTION HEARING |
| vs. | |
| JOSEPH FRANK AVILA, | Date: October 15, 2018 |
| | Time: 8:30 a.m. |
| Defendant. | Hon. Judge Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Joseph Avila, that the briefing schedule for Mr. Avila's motion to suppress be modified as follows: the government's opposition brief will be due October 5, 2018, and the defense's optional reply brief will be due October 11, 2018. The parties further stipulate that the Court may continue the hearing on the motion to suppress from October 1, 2018, to October 15, 2018, at 8:30 a.m.

The parties are requesting the modification and continuance to allow the defense time to consider a plea offer that the government recently extended. The continuance is requested with the intention of saving time and resources for the parties and the Court. The parties agree that time shall be excluded through the date of the new motion hearing, October 15, 2018, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

|   |   |
|---|---|
| | Respectfully submitted, |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: September 20, 2018 | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 20, 2018 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH FRANK AVILA |

## **O R D E R**

GOOD CAUSE APPEARING, the briefing schedule for Defendant Joseph Avila's motion to suppress (docket no. 12) is modified as follows: the government's opposition brief is due October 5, 2018, and the defense's optional reply brief is due October 11, 2018. The hearing on the motion to suppress is continued from October 1, 2018, to October 15, 2018, at 8:30 a.m. Time is excluded under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 22, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE