| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSEPH FRANK AVILA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00098-LJO-SKO |
| Plaintiff, | STIPULATION TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | Date: October 29, 2018 |
| JOSEPH FRANK AVILA, | Time: 8:30 a.m. |
| Defendant. | Hon. Judge Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Joseph Avila, that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A) through October 29, 2018. The parties anticipate entering into a Rule 11(c)(1)(C) plea agreement and the requested continuance will permit the Court time to consider the parties' proposed plea agreement prior to the October 29, 2018 change-of-plea and sentencing hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: October 4, 2018 | | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 4, 2018 | | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH FRANK AVILA |

## **O R D E R**

GOOD CAUSE exists to exclude time under 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A). The Court finds that good cause for the continuance also exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 4, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Avila: Stipulation
and Proposed Order