HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH FRANK AVILA

**FILED**
Aug 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH FRANK AVILA,<br><br>　　　　　　Defendant. | Case No.  1:18-cr-00098-JLT-SKO-1<br><br>**ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |

　　　　IT IS HEREBY ORDERED that defendant Joseph Frank Avila (Fresno County Sheriff's Office JID No. 1177193) shall be released from the Fresno County Jail on Tuesday, August 2, 2022, at 8:00 a.m. and transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Mr. Avila to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

　　Dated:　**August 1, 2022**　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE