1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     JOSEPH FRANK AVILA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:18-cr-00098-JLT-SKO-1

12              Plaintiff,                  **STIPULATION TO CONTINUE
                                            SENTENCING; ORDER**
13   vs.
                                            Date:   October 14, 2022
14   JOSEPH FRANK AVILA,                    Time:  9:00 a.m.
                                            Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant

19   Federal Defender Erin Snider, counsel for Joseph Frank Avila, that the Court may continue the

20   sentencing hearing currently scheduled for September 30, 2022, to October 14, 2022, at 9:00

21   a.m.

22          On September 2, 2022, Mr. Avila admitted to Charge One of the Superseding Petition for

23   Warrant or Summons for Person Under Supervision, which alleged that Mr. Avila failed to

24   participate in drug testing as directed. The magistrate judge set the sentencing hearing for

25   September 30, 2022.

26          Defense counsel is requesting a continuance of the sentencing hearing for two reasons.

27   First, the defense is awaiting receipt of medical records the defense believes may be relevant to

28   sentencing in this case. Second, defense counsel has been in trial in *United States v. Racion*, Case

No. 1:20-cr-00020-JLT-SKO, since September 19, 2022. Due to her trial schedule, defense

counsel has not had sufficient time to review the dispositional memorandum with Mr. Avila and

prepare for sentencing.

Counsel for the government and United States Probation Officer Natali Valdivia have no

objection to the requested continuance and the requested date is mutually agreeable for all

parties.

Respectfully submitted,


PHILLIP A. TALBERT
United States Attorney


Date: September 26, 2022          */s/ Laurel Montoya*
                                  LAUREL MONTOYA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: September 26, 2022          */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSEPH FRANK AVILA


# O R D E R

**IT IS SO ORDERED.**  The Court hereby continues the sentencing hearing currently

scheduled for September 30, 2022, to October 14, 2022, at 10:00 a.m.


IT IS SO ORDERED.

Dated:   **September 27, 2022**

_____
UNITED STATES DISTRICT JUDGE

Avila – Stipulation to Continue Sentencing          2