1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSEPH FRANK AVILA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00098-JLT-SKO-1
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs. | Date:   October 26, 2022
14 | JOSEPH FRANK AVILA, | Time:  10:30 a.m.
15 | Defendant. | Judge: Hon. Jennifer L. Thurston

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Joseph Frank Avila, that the Court may continue the

20 sentencing hearing currently scheduled for October 14, 2022, to October 26, 2022, at 10:30 a.m.

21         On September 2, 2022, Mr. Avila admitted to Charge One of the Superseding Petition for

22 Warrant or Summons for Person Under Supervision, which alleged that Mr. Avila failed to

23 participate in drug testing as directed. The magistrate judge set the sentencing hearing for

24 September 30, 2022. Pursuant to a stipulation by the parties, this Court later continued the

25 sentencing hearing to October 14, 2022.

26         Defense counsel is now requesting another continuance of the sentencing hearing. Based

27 on a recent conversation with the probation officer, defense counsel requires additional time to

28 meet with her client to determine an appropriate sentencing recommendation.

Counsel for the government and United States Probation Officer Natali Valdivia have no objection to the requested continuance and the requested date is mutually agreeable for all parties.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 11, 2022

*/s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH FRANK AVILA

# **O R D E R**

The Court hereby continues the sentencing hearing currently scheduled for October 14, 2022, to Wednesday, October 26, 2022, at 10:30 a.m. via zoom.

IT IS SO ORDERED.

Dated:   **October 12, 2022**

UNITED STATES DISTRICT JUDGE