UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH FRANK AVILA,<br><br>        Defendant. | CASE NO. 1:18-cr-00098 JLT SKO<br><br>ORDER GRANTING UNOPPOSED REQUEST TO AMEND THE JUDGMENT |

  The Court sentenced Mr. Avila on October 26, 2022 to a prison term with no supervised release to follow. His counsel now moves the Court to add a preferred place of incarceration in the judgment. The government does not oppose this request. Thus, the Court **ORDERS**:

  1.  The judgment is amended to read, "The court makes the following recommendations to the Bureau of Prisons: The court recommends that the defendant be incarcerated at Lompoc FCC or, alternatively, Phoenix FCI, but only insofar as this accords with security classification and space availability"

IT IS SO ORDERED.

Dated:  **November 8, 2022**           _____
                                 UNITED STATES DISTRICT JUDGE